# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLDEN GATE NATIONAL SENIOR CARE, LLC, *et al.*, | : : : | 1:16-cv-1791 |
| Petitioners, | : : | |
| v. | : : | Hon. John E. Jones III |
| COLLEEN A. NEWKAM, administratrix for the estate of CHARLES J. NEWKAM, | : : : : : | |
| Respondent. | : | |

## ORDER

## July 31, 2017

Presently before this Court is a Motion for Summary Judgment (Doc. 18) filed by Petitioners Golden Gate National Senior Care, LLC; GGNSC Harrisburg, LP, d/b/a Golden LivingCenter – Blue Ridge Mountain; GGNSC Harrisburg GP, LLC; GGNSC Equity Holdings, LLC; GGNSC Holdings, LLC; GPH Harrisburg, LP; GGNSC Clinical Services, LLC; and GGNSC Administrative Services, LLC (collectively, the "Petitioners"). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Petitioners' Motion for Summary Judgment (doc. 18) is **GRANTED** in full.

2. Respondent's survival claims asserted in the Dauphin County Court of Common Pleas under Docket No. 2016-CV-6083 are **STAYED** for arbitration.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge